IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR257 |
| ) | |
| BRANDON J. WATSON, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

　　　IT IS ORDERED that the following is set for hearing on **October 17, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　- Amended Motion to Suppress Evidence and Statements, Motion to Dismiss; Motion for Post-Hearing Briefs [14] filed by the defendant

　　Since this is a criminal case, the defendant must be present, unless excused by the Court. A briefing schedule will be determined at the time of the evidentiary hearing.

　　DATED this 11th day of September, 2006.

　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　United States Magistrate Judge