IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR257 |
| | ) | |
| BRANDON J. WATSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

   UPON THE ORAL MOTION OF THE DEFENDANT, and no objection from the United States,

   IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Evidence and Statements [11] and the Amended Motion to Suppress Evidence and Statements, Motion to Dismiss; Motion for Post-Hearing Briefs [14] is continued to **November 8, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

   Since this is a criminal case, the defendant must be present, unless excused by the Court. A briefing schedule will be determined at the time of the evidentiary hearing.

   DATED this 17th day of October, 2006.

              BY THE COURT:

              s/ F.A. Gossett
              United States Magistrate Judge