IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR257 |
| | ) | |
| BRANDON J. WATSON, | ) | **AMENDED ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion for Extension of Briefing Date [25]. The government has no objection. For good cause shown,

IT IS ORDERED that the Motion for Extension of Briefing Date [25] is granted. The defendant's brief shall be due on or before **December 11, 2006.** The government's brief shall be due on or before **December 26, 2006.** At that time, the Amended Motion to Suppress Evidence and Statements, Motion to Dismiss [18] shall be deemed submitted, and a timely report and recommendation will be entered.

DATED this 5th day of December, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge