IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR257 |
| | ) | |
| BRANDON J. WATSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Upon the oral motion of the government and no objection from the defendant,

    IT IS ORDERED that the oral motion for extension of briefing date [29] is granted.  The government's brief shall be due on or before **January 2, 2007.**  At that time, the Amended Motion to Suppress Evidence and Statements, Motion to Dismiss [18] shall be deemed submitted, and a timely report and recommendation will be entered.

    DATED this 27th day of December, 2006.

                                       BY THE COURT:

                                       s/ F.A. Gossett
                                       United States Magistrate Judge