IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR257 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON J. WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed Motion for Extension of Briefing Date (Filing No. 34), requesting a one-week extension of time in which to file an objection to the magistrate judge's Report and Recommendation (Filing No. 33), regarding defendant's Amended Motion to Suppress (Filing No. 18). After considering the matter, the court grants the motion.

SO ORDERED.

Dated this 9th day of February, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
CHIEF JUDGE