IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR257** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BRANDON J. WATSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Justin J. Cook, Retained Counsel, to withdraw as counsel for the defendant, Brandon J. Watson [45]. Since retained counsel, James Martin Davis has entered an appearance for the defendant [46], the motion to withdraw [45] is granted. Justin J. Cook shall be deemed withdrawn as attorney of record and shall forthwith provide James Martin Davis with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Cook which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 26th day of April, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge