IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | Case No. 8:06CR257 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **BRANDON J. WATSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's Motion to Amend Conditions of Pretrial Release (#50). After review of the defendant's August 2, 2006 and April 11, 2007 Pretrial Service reports, the April 10, 2007 Amended Petition for Action on Conditions of Pretrial Release (#40), and United States Magistrate Judge Thomas D. Thalken's April 11, 2007 Order (#42), I find the defendant's motion contains no additional evidence or information that would cause the court to reconsider and the motion is denied.

**IT IS ORDERED:**

The defendant's Motion to Amend Conditions of Pretrial Release (#50) is denied without hearing.

Dated this 4th day of June 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge