IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR257** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BRANDON J. WATSON,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion to continue by defendant Brandon J. Watson (Watson) (Filing No. 52). Watson seeks a continuance of the trial of this matter which is scheduled for June 25, 2007. Watson's counsel represents that counsel for the government has no objection to the motion. Watson's counsel represents that Watson consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

    **IT IS ORDERED:**

    1.    Watson's motion to continue trial (Filing No. 52) is granted.

    2.    Trial of this matter is re-scheduled for **July 30, 2007,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 13, 2007 and July 30, 2007,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 13th day of June, 2007.

                                                          BY THE COURT:

                                                          s/Thomas D. Thalken
                                                          United States Magistrate Judge